| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF TENNESSEE |
| Case number *(if known)* _____ Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **MURFREESBORO PLATINUM, LLC** | | |
|---|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA FAIRFIELD INN & SUITES** | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **75-3118661** | | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**175 CHAFFIN PL**<br>**Murfreesboro, TN 37129**<br>Number, Street, City, State & ZIP Code<br><br>**Rutherford**<br>County | | **Mailing address, if different from principal place of business**<br><br>**111 BROADWAY**<br>**SUITE 300**<br>**Nashville, TN 37201**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No<br>■ Yes. | | | |
|---|---|---|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**  Relationship
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated Assets | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **MURFREESBORO PLATINUM, LLC**     Case number (*if known*)
   Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 29, 2023**
MM / DD / YYYY

X **/s/ MITCH PATEL**      **MITCH PATEL**
Signature of authorized representative of debtor      Printed name

Title **MANAGER OF LLC**

**18. Signature of attorney**

X **/s/ Steven L. Lefkovitz**      Date **September 29, 2023**
Signature of attorney for debtor      MM / DD / YYYY

**Steven L. Lefkovitz 5953**
Printed name

**LEFKOVITZ & LEFKOVITZ**
Firm name

**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
Number, Street, City, State & ZIP Code

Contact phone **615-256-8300**      Email address **slefkovitz@lefkovitz.com**

**5953 TN**
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **COOKEVILLE PLATINUM, LLC** | | Relationship to you | |
| District | **TO BE FILED IN THE MIDDLE DISTRICT OF TN** | When | Case number, if known | |
| Debtor | **DESTIN PLATINUM, LLC** | | Relationship to you | |
| District | **TO BE FILED IN THE MIDDLE DISTRICT OF TN** | When | Case number, if known | |
| Debtor | **LEBANON PLATINUM, LLC** | | Relationship to you | |
| District | **TO BE FILED IN THE MIDDLE DISTRICT OF TN** | When | Case number, if known | |
| Debtor | **PLATINUM GATWAY II, LLC** | | Relationship to you | |
| District | **TO BE FILED IN THE MIDDLE DISTRICT OF TN** | When | Case number, if known | |
| Debtor | **VMW, LLC** | | Relationship to you | |
| District | **TO BE FILED IN THE MIDDLE DISTRICT OF TN** | When | Case number, if known | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MURFREESBORO PLATINUM, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 29, 2023**      X **/s/ MITCH PATEL**
Signature of individual signing on behalf of debtor

**MITCH PATEL**
Printed name

**MANAGER OF LLC**
Position or relationship to debtor


Official Form 202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: |
|---|
| Debtor name **MURFREESBORO PLATINUM, LLC** |
| United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amazon Capital Services<br>PO Box 035184<br>Seattle, WA 98124 | | | | | | $2,023.36 |
| Attract Staffing Service, Inc<br>663 E Shipwreck Rd<br>Santa Rosa Beach, FL 32459 | | | | | | $21,882.99 |
| Comcast Business<br>P. O. Box 34744<br>Seattle, WA 98124 | | | | | | $1,324.06 |
| Commtrak<br>17493 Nassau Commons<br>Lewes, DE 19958 | | | | | | $7,204.06 |
| DIRECTV<br>P. O. Box 105249<br>Atlanta, GA 30348 | | | | | | $1,142.26 |
| Guest Supply<br>P.O. Box 6771<br>Somerset, NJ 08875 | | | | | | $2,192.00 |
| Hospitality TN<br>475 Craighead Street<br>Nashville, TN 37204 | | | | | | $845.20 |
| intellihot Inc.<br>2900 W Main St<br>Galesburg, IL 61401 | | | | | | $35,807.85 |
| LEBFR - Hampton Inn & Suites - Lebanon<br>1065 Franklin Rd<br>Lebanon, TN 37090 | | | | | | $1,138.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Debtor **MURFREESBORO PLATINUM, LLC**  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Murfreesboro Water Resources Dept<br>PO Box 897<br>Murfreesboro, TN 37133 | | | | | | $5,497.92 |
| Order<br>156 Fifth Ave 7th Floor<br>New York, NY 10010 | | | | | | $777.83 |
| Platinum Management Services<br>111 Broadway Suite 300<br>Nashville, TN 37201 | | | | | | $4,871.80 |
| Robert J Young Company<br>PO Box 306412<br>Nashville, TN 37230 | | | | | | $690.72 |
| Royal Cup Coffee<br>PO Box 841000<br>Dallas, TX 75284 | | | | | | $790.61 |
| Sysco<br>300 Davidson Avenue<br>Somerset, NH 08873 | | | | | | $6,062.23 |
| TATE & KIRLIN ASSOCIATES, INC.<br>4800 STREET RD SUITE 170 FEASTERVILLE<br>Trevose PA, PA 19053 | | | | | | $839.96 |
| Team Travel Source<br>12910 Shelbyville Road #215<br>Louisville, KY 40243 | | | | | | $3,445.39 |
| Teb Batey, Rutherford County Trustee<br>PO Box 1316<br>Murfreesboro, TN 37133 | | | | | | $62,811.00 |
| TK Elevator Corporation<br>PO Box 3796<br>Carol Stream, IL 60132 | | | | | | $5,713.89 |
| Windstream Enterprise<br>PO Box 9001908<br>Louisville, KY 40290 | | | | | | $4,481.20 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Case 3:23-bk-03599   Doc 1   Filed 09/29/23   Entered 09/29/23 16:01:25   Desc Main
Document   Page 9 of 10

| | | |
|---|---|---|
| MURFREESBORO PLATINUM, LLC<br>111 BROADWAY<br>SUITE 300<br>NASHVILLE TN 37201 | LEBFR - HAMPTON INN & SUITES - LEBANON<br>1065 FRANKLIN RD<br>LEBANON TN 37090 | BATES & KIRLIN ASSOCIATES, IN<br>4800 STREET RD SUITE 170 FEAS<br>TREVOSE PA PA 19053 |
| STEVEN L. LEFKOVITZ<br>LEFKOVITZ & LEFKOVITZ<br>908 HARPETH VALLEY PLACE<br>NASHVILLE, TN 37221 | MOOD MEDIA<br>P. O. BOX 602777<br>CHARLOTTE NC 28260 | TEAM TRAVEL SOURCE<br>12910 SHELBYVILLE ROAD #215<br>LOUISVILLE KY 40243 |
| AMAZON CAPITAL SERVICES<br>PO BOX 035184<br>SEATTLE WA 98124 | MURFREESBORO WATER RESOURCES DEPT<br>PO BOX 897<br>MURFREESBORO TN 37133 | TEB BATEY, RUTHERFORD COUNTR<br>PO BOX 1316<br>MURFREESBORO TN 37133 |
| ATTRACT STAFFING SERVICE, INC<br>663 E SHIPWRECK RD<br>SANTA ROSA BEACH FL 32459 | ORDER<br>156 FIFTH AVE 7TH FLOOR<br>NEW YORK NY 10010 | TEL ELECTRONICS<br>313 S 740 E PO BOX 628<br>AMERICAN FORK UT 84003 |
| COMCAST BUSINESS<br>P. O. BOX 34744<br>SEATTLE WA 98124 | PLATINUM MANAGEMENT SERVICES<br>111 BROADWAY SUITE 300<br>NASHVILLE TN 37201 | TK ELEVATOR CORPORATION<br>PO BOX 3796<br>CAROL STREAM IL 60132 |
| COMMTRAK<br>17493 NASSAU COMMONS<br>LEWES DE 19958 | PV BUSINESS SOLUTIONS<br>3600 SOUTH STATE ROAD 7 SUITE 204<br>MIRAMAR FL 33023 | WINDSTREAM ENTERPRISE<br>PO BOX 9001908<br>LOUISVILLE KY 40290 |
| DIRECTV<br>P. O. BOX 105249<br>ATLANTA GA 30348 | RADIUS GLOBAL SOLUTIONS<br>7831 GLENROY RD STE 250-A<br>MINNEAPOLIS MN 55439 | |
| GUEST SUPPLY<br>P.O. BOX 6771<br>SOMERSET NJ 08875 | ROBERT J YOUNG COMPANY<br>PO BOX 306412<br>NASHVILLE TN 37230 | |
| HOSPITALITY TN<br>475 CRAIGHEAD STREET<br>NASHVILLE TN 37204 | ROYAL CUP COFFEE<br>PO BOX 841000<br>DALLAS TX 75284 | |
| INTELLIHOT INC.<br>2900 W MAIN ST<br>GALESBURG IL 61401 | SYSCO<br>300 DAVIDSON AVENUE<br>SOMERSET NH 08873 | |